IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUL 2 3 2018

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 16-75-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MARCO ANTONIO ALVAREZ-ACEVEDO, | |
| Defendant. | |

Defendant Marco Antonio Alvarez-Acevedo filed a Pro Se Motion to Substitute Counsel (Doc. 25) on May 18, 2018. Since that date, counsel appeared with Defendant at his change of plea hearing on June 1, 2018. Sentencing in this matter is set for October 17, 2018. Therefore, it appearing that this matter has been resolved,

IT IS HEREBY ORDERED that the Defendant's pro se Motion to Substitute Counsel (Doc. 25) is DENIED as moot.

The clerk of court is directed to notify counsel of the making of this Order.

DATED this 23rd day of July, 2018.

SUSAN P. WATTERS
United States District Judge

1